IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA, *ex rel.* AMY CLARK, CYNDIE HOBBS, and BOBBI PHILLIPS                             PLAINTIFFS/RELATORS

v.                          Case No. 4:10-cv-711-DPM

ALLEGIANCE SPECIALTY HOSPITAL,
DR. LEE DAVIS, and DR. VICTOR
WILLIAMS                                              DEFENDANTS/RESPONDENTS

ORDER

Plaintiffs' unopposed motion to dismiss, *Document No. 14*, is granted.

Plaintiffs' claims against Dr. Lee Davis are dismissed without prejudice. FED. R. CIV. P. 41(a)(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 May 2011