IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA
*ex rel.* AMY CLARK, CYNDIE
HOBBS, and BOBBI PHILLIPS                                           PLAINTIFFS

v.                          No. 4:10-cv-711-DPM

ALLEGIANCE SPECIALTY HOSPITAL
and DR. VICTOR WILLIAMS                                             DEFENDANTS

JUDGMENT

The complaint is dismissed without prejudice. Each party will bear its own costs and fees.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 February 2012